UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>ALFONSO AMELIO; SIGNATURE BANK; RALPH J. PELOSI, III; VALLEY NATIONAL BANK; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD FIRST HORIZON HOME LOAN CORPORATION; JOHN DOE #1 TO JOHN DOE #10,<br><br>                              Defendants. | 24 Civ. 6630 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On November 6, 2024, the Court held a pretrial conference to discuss Defendant Alfonso Amelio's notice of removal. The Court set the following deadline in the case: Mr. Amelio is ordered to send his supplemental briefing to the *Pro Se* Intake Unit on or before **November 20, 2024**.

The Clerk of Court is directed to mail a copy of this Order to Mr. Amelio at the following address:

Alfonso Amelio
37 Main Street
#337
New Milford, CT 06776

SO ORDERED.

Dated:  November 7, 2024
            New York, New York

                                                            _____
                                                            KATHERINE POLK FAILLA
                                                            United States District Judge