**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BANK OF NEW YORK MELLON,

                      Plaintiff,

    -against-                                  24 **CIVIL** 6630 (KPF)

                                                      **JUDGMENT**

ALFONSO AMELIO; SIGNATURE BANK;
RALPH J. PELOSI, III; VALLEY NATIONAL
BANK; NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD FIRST HORIZON HOME
LOAN CORPORATION; JOHN DOE #1 TO
JOHN DOE #10,

                    Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 30, 2025, the Court GRANTS the motion to dismiss in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

        July 01, 2025

                                                          **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                    **BY:**

                                                          **Deputy Clerk**